DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AZELLE LAZITRIOUS LANGSTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1726

[October 12, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 2011CF000607A.

Azelle Lazitrious Langston, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***